IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

UNITED STATES OF AMERICA

v.

JEFFREY STEVEN COHEN
a/k/a "Viking4216,"
Defendant.

Case No. 1:26-MJ-114

**AFFIDAVIT IN SUPPORT OF A
CRIMINAL COMPLAINT AND ARREST WARRANT**

I, Molly Chapman, a Special Agent with the Federal Bureau of Investigation ("FBI"),

being duly sworn, depose and state as follows:

**INTRODUCTION**

1.      I submit this affidavit in support of a criminal complaint and arrest warrant charging

Jeffrey Steven Cohen, also known as "Viking4216," (hereinafter, "Cohen"), with receipt of child

pornography, in violation of 18 U.S.C. § 2252(a)(2), distribution of child pornography, in violation

of 18 U.S.C. § 2252(a)(2), and possession of child pornography in violation of 18 U.S.C. § 2252

(a)(4)(B). Based on the facts set forth herein, I submit that there is probable cause to believe that

Cohen received child pornography between June 8, 2024 and October 16, 2025, via an internet

messaging application, distributed child pornography on October 12, 2024, using that same

internet messaging application, and possessed child pornography on October 17, 2025. The facts

and information contained in this affidavit are based on my personal knowledge of the

investigation and information obtained from other law enforcement officers and witnesses, as well

as my training and experience. If I did not personally observe a reference in this affidavit, it was

relayed to me by the persons who made the observation, and was documented in reports. Unless otherwise indicated, where the statements of others are related herein, they are related in sum and substance and not verbatim.

2.    This affidavit contains information necessary to support probable cause and has been prepared only for the purpose of obtaining a criminal complaint and arrest warrant. Therefore, it contains neither all of the information known to me concerning the offense nor every fact learned by the government during the course of its investigation.

**AFFIANT BACKGROUND**

3.    I am "an investigative or law enforcement officer" of the United States within the meaning of Title 18, United States Code, Section 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of and to make arrests for offenses enumerated in Section 2516 of Title 18, United States Code. I am a Special Agent ("SA") with the FBI and have been so employed since September 2021. I am currently assigned to the Washington Division of the FBI, where I conduct a variety of investigations, including those involving the sexual exploitation of children. Prior to this assignment, I was employed as a Special Agent in the Jacksonville FBI office where I conducted a variety of investigations, including those involving the sexual exploitation of children. Prior to becoming a Special Agent for the FBI, I was an Investigative Specialist with the FBI for approximately six years. I have received law enforcement training from the FBI Academy at Quantico, Virginia. I have a master's degree in forensic psychology and a bachelor's degree in criminology. As a federal agent, I am authorized to investigate and assist in the prosecution of violations of laws of the United States, and to execute search warrants and arrest warrants issued by federal and state courts.

2

4.      I have investigated and assisted in the investigation of criminal matters involving the sexual exploitation of children that involve violations of 18 U.S.C. §§ 2251, 2252, and 2422, as well as both Florida and Virginia state statutes that criminalize sexual activity with minors and other methods of child sexual exploitation. In connection with such investigations, I have worked as a case agent, participated in interviews of defendants and witnesses, and served as an affiant on search warrants. Since becoming a Special Agent, I have worked with experienced Special Agents who also investigate child exploitation offenses. In the performance of my duties, I have investigated and assisted in the investigation of matters involving the solicitation, production, receipt, distribution, and possession of child pornography, as well as the online enticement, and attempted enticement of minors to engage in sexual activity. Based on my training and experience, I know that the internet and cellular telephones are facilities of interstate commerce. Specifically, that when subjects produce, distribute, or possess child pornography using cellular devices or cellular devices that are connected to the internet, a federal violation has been committed. I have participated in the investigation of the aforementioned offense.

## PROBABLE CAUSE

5.      From October 13, 2024, to July 20, 2025, the National Center for Missing and Exploited Children (NCMEC) received approximately ten Cybertipline Reports related to Cohen and accounts associated with Cohen. For example, one of these reports detailed how KIK user "Viking4216" distributed 11 images and/or videos of child pornography to another KIK user on October 12, 2024.  The report included information that the IP address utilized to distribute these videos/images came back to a location in the vicinity of Leesburg, Virginia within the Eastern District of Virginia.   Your affiant reviewed these images/videos and they meet the federal definition of child pornography. For example, one of the videos, a color video with sound

3

approximately 35 seconds in length, displayed a nude, pre-pubescent female child exposing her chest and genitalia. The child begins the video in a "crab" position, with her hands and feet on the ground elevating herself exposing her vagina. During the video, the child urinates on the floor and rubs her vagina with her hand. The child sticks a toothbrush into her vagina and into her anus.

6.      Subscriber information confirmed the "Viking4216" KIK account that distributed these videos and images was registered to cohenj58@gmail.com. Subscriber information for the cohenj58@gmail.com account came back to Jeffrey Cohen at 44XXX Riverpoint Drive, Leesburg, Virginia 20176. Property records for this address indicate that Cohen and his wife purchased the house in 2019.

7.      On October 17, 2025, Cohen was present during the execution of a federal residential search warrant at his home located at 44XXX Riverpoint Drive, Leesburg, Virginia 20176 (the same residence associated with the registered email account for KIK account Viking4216), which is within the Eastern District of Virginia.

8.      During the search warrant execution, Cohen stated in substance, and among other things, the following:

      a.  Cohen and his wife live at the residence. Their internet is provided by Comcast, and is password protected. Cohen does not know of anyone else that would have the password.

      b.  Cohen confirmed that his email address is cohenj58@gmail.com. Cohen is familiar with the Kik application, but said he had not used it "in months." Cohen did not remember the last time he used the Kik application, nor could he remember his usernames. Cohen did not remember why he created multiple Kik accounts.

4

c. Upon review of the Kik Subscriber information for user "Viking4216," Cohen confirmed that it was one of his Kik accounts. Cohen said that a "Viking" was his high school mascot and that "4216" was from one of his old phone numbers.

d. When asked about child pornography, Cohen advised that he "never knew that they were children." Cohen knew that some of the images of minors were "young," but he always tried to "keep it legal." Cohen assumed that any female he saw online was over "16 or over 18 or over whatever the rule" was. Cohen acknowledged that he received more child pornography than he sent because "people send you shit." Cohen emphasized that there was "never any intent" on his part.

e. Cohen advised that he never looked at child pornography intentionally and that he never talked to anyone about meeting a child for sex. Cohen also advised that he never expressed sexual interest in a child. When I showed Cohen Kik conversations in which he expressed interest in a 13-year-old child, Cohen acknowledged that he might have had those conversations to see if someone would go through with it, but would never meet up with a child.

9. During the interview, I showed Cohen a screenshot still image from the above-described video shared by the Viking4216 account on October 12, 2024. Cohen did not remember seeing the referenced still image. I asked Cohen if he thought the child was approximately ten years old and Cohen agreed the child was "very young." I told Cohen that the picture was a screenshot from a video of the child urinating on the floor. Cohen told me he was

5

not into pee. I then read Cohen's comment in the KIK chat, "I'm not into pee, but she is a beauty. She kept my dick hard. Do you want to feed her my dick. See it stretch around her little mouth." Cohen agreed that it was wrong of him to say that.

10.    I then showed Cohen a second still image from another child pornography video depicting the vaginal rape of a prepubescent child by an adult male that Viking4216 distributed on October 12, 2024. Cohen agreed this image depicted a child but said he did not remember seeing it and described it as a "one-off."

11.    After Cohen was confronted with the two video screenshots, he stated the following:

    a.  Cohen was "just bored" and wanted to see where people would go with the conversation.

    b.  Cohen does not believe he should be arrested because he was not creating child pornography and he does not distribute it widely – Cohen agreed that he was just sending it to one person at a time and that he was not distributing it to a network.

    c.  Cohen advised that he got "caught up in the moment" and that it was "stupid." Cohen thought he got rid of all of the child pornography a long time ago. Cohen said he believed that he got rid of the child pornography before July of 2025 and that he does not have "a bunch" of it saved.

12.    During the search warrant, the FBI seized Cohen's Samsung Galaxy S24 cellular device. On or about November 7, 2025, FBI Special Agent and Digital Forensic Examiner Sarah Pham forensically extracted the Samsung Galaxy S24. I was given a digital copy to review.

6

13.    I reviewed the Samsung Galaxy S24 (hereinafter "Samsung Device") and learned the following:

a.    The Samsung Device is labeled "Jeff's S24 Ultra"; a photo of Jeffrey Steven Cohen's driver's license was located in the photos; email account cohenj58@gmail.com (among other known email addresses) is associated with the Samsung Device.

b.    The KIK application had been removed from the Samsung Device. Several artifacts, including screenshots of accounts, were present on the Samsung Device that indicated that Kik had previously been downloaded and utilized on the Samsung Device.

c.    Several Screenshots of historical Kik accounts that are associated with Cohen (Users jeffsco10, silvernovadadd, novagramps) were located on the Samsung Device.

d.    There were over 30 images and at least seven videos on the Samsung Device that constitute child pornography as defined in 18 U.S.C. Code § 2256(8).

e.    The child pornography located on Cohen's phone was received on various dates between June 8, 2024, and October 16, 2025.

**CONCLUSION**

14.    Based on the facts above, I respectfully submit that there is probable cause to believe that on or about October 12, 2024, in Loudoun County, within the Eastern District of Virginia, Cohen distributed child pornography, in violation of Title 18, United States Code, Section 2252(a)(2).

7

15.     There is also probable cause to believe that between the dates of June 8, 2024 and October 16, 2025 in Loudoun County, within the Eastern District of Virginia, Cohen received child pornography, in violation of Title 18, United States Code, Section 2252(a)(2).

16.     Additionally, there is probable cause to believe that on or about October 17, 2025, in Loudoun County, within the Eastern District of Virginia and elsewhere, Cohen possessed child pornography, in violation of Title 18, United States Code, Section 2252(a)(4)(B).

17.     Accordingly, I request that a complaint be issued charging Jeffrey Steven Cohen, also known as "Viking4216", with such offenses.

Respectfully submitted,

Molly Chapman
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to in accordance with
Fed. R. Crim. P. 4.1 by telephone on
April 16, 2026.

Digitally signed by Ivan Davis
Date: 2026.04.16 12:55:45 -04'00'

The Honorable Ivan D. Davis
United States Magistrate Judge

8