IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JEFFREY STEVEN COHEN,<br><br>*Defendant*. | Case No. 1:26-MJ-114 |

## CONSENT MOTION TO EXTEND TIME FOR INDICTMENT

The United States of America, by and through undersigned counsel, and with the consent of the defendant through his counsel, respectfully moves the Court to extend the time to indict this case through and including July 29, 2026.  In support thereof, the government states as follows:

1.      A complaint was filed in the U.S. District Court for the Eastern District of Virginia on April 16, 2026, charging the defendant with receipt of child pornography, in violation of Title 18, United States Code, Section 2252(a)(2), distribution of child pornography, in violation of Title 18, United States Code, Section 2242(a)(2), and possession of child pornography, in violation of Title 18, United States Code, Section 2252(a)(4)(B). The defendant made his initial appearance in this District on April 22, 2026. The same day, the defendant was released on bond with conditions of release, including home detention and GPS location monitoring by pretrial services. Subsequently, the defendant's preliminary hearing was held on April 24, 2026.

2.      The Speedy Trial Act requires that a defendant be indicted within thirty days of the defendant's arrest after subtracting all excludable time, including any period of delay resulting from a continuance granted by the Court.  18 U.S.C. § 3161(h)(7).  The government's calculation of the current deadline to indict this case is May 21, 2026.

3.      The United States, with the consent of the defendant, requests that the deadline to

indict this case be extended approximately 60 days to July 29, 2026. Extending this deadline for the requested amount of time would be in the best interests of justice in that it would provide the government with additional time to provide the discovery, allow the defense time to review discovery, present any mitigating evidence, and negotiate a possible pre-indictment resolution.

4.      The United States has advised counsel for the defendant of the filing of this motion, and the defendant has consented to its filing and the proposed extension.

WHEREFORE, the United States requests that the time to indict this case be extended to and including July 29, 2026, and that the delay resulting from this extension be excluded in computing the time within which an indictment must be filed pursuant to Title 18, United States Code, Section 3161(h)(7).   A proposed order is attached to this Motion.

Respectfully submitted,

Todd W. Blanche
Acting Attorney General

By: _____
Jillian Pascua
Special Assistant United States Attorney

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 6, 2026, I filed the foregoing with the Office of the Clerk of Court electronically using the CM/ECF system, which will automatically send a notification of such filing to all counsel of record.

Jillian Pascua
Special Assistant United States Attorney
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria VA 22314
Tel: (703) 299-3913
Email: jillian.pascua@usdoj.gov